NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KIRK GUTIERREZ, DOC #D08840,                )
                                            )
            Appellant,                      )
                                            )
v.                                          )         Case No. 2D19-686
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; William Fuente,
Judge.


PER CURIAM.


            Affirmed.


CASANUEVA, BLACK, and LUCAS, JJ., Concur.